*Fee'Paid*

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Tamara Shere Bibb

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

**v.**

Darlese McConnell, Lisa Laviolette, Beverly
Walker-Griffea, Dana Nessel

*(Write the full name of each defendant who is being sued.  If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

Case: **4:26-cv-10164**
Assigned To : **Kumar, Shalina D.**
Referral Judge: **Altman, Kimberly G.**
Assign. Date : **1/16/2026**
Description: **CMP BIBB V
MCCONNELL ET AL (TM)**

Jury Trial:  ☑ Yes  ☐ No
*(check one)*

# Complaint for a Civil Case

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Tamara S Bibb |
| Street Address | 326 Conant Ave |
| City and County | Monroe, Monroe |
| State and Zip Code | Michigan, 48161 |
| Telephone Number | 734-349-8594 |
| E-mail Address | bibb_tamara@yahoo.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Dana Nessel |
| Job or Title (if known) | Attorney General |
| Street Address | PO BOX 30212 |
| City and County | Lansing, Ingham |
| State and Zip Code | Michigan, 48909 |
| Telephone Number | 517-335-7622 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Dr. Beverly Walker-Griffea |
| Job or Title (if known) | Executive Director- MILEAP |
| Street Address | 105 W. Allegan Street |
| City and County | Lansing, Ingham |
| State and Zip Code | Michigan, 48933 |
| Telephone Number | 517-241-6000 |
| E-mail Address (if known) | |

2

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

Defendant No. 3

| | |
|---|---|
| Name | Darlese McConnell |
| Job or Title (if known) | Child Care Licensing Area Manager |
| Street Address | 105 W. Allegan Street |
| City and County | Lansing, Ingham |
| State and Zip Code | Michigan, 48933 |
| Telephone Number | 517-284-9730 |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | Lisa Laviolette |
| Job or Title (if known) | Child Care Licensing Consultant |
| Street Address | 105 W. Allegan Street |
| City and County | Lansing, Ingham |
| State and Zip Code | Michigan, 48933 |
| Telephone Number | 517-284-9730 |
| E-mail Address (if known) | |

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question              ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Federal Statute: 42 U.S.C. § 1983; 28 U.S.C. §§ 1331 and 1343; 42 U.S.C. § 1988; and the Due Process Clause of the Fourteenth Amendment.

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual
       The plaintiff, *(name)* _____,
       is a citizen of the State of *(name)* _____.

    b.    If the plaintiff is a corporation
       The plaintiff, *(name)* _____,
       is incorporated under the laws of the State of *(name)*
       _____, and has its principal place of business in the
       State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the
       State of *(name)* _____. *Or is a citizen of (foreign
       nation)* _____.

    b.    If the defendant is a corporation
       The defendant, *(name)* _____, is incorporated
       under the laws of the State of *(name)* _____, and
       has its principal place of business in the State of *(name)*
       _____. *Or is incorporated under the laws of
       (foreign nation)* _____, and has its principal place
       of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

The amount in controversy exceeds $75,000, exclusive of interest and costs, because Plaintiff seeks compensatory damages for constitutional violations under 42 U.S.C. § 1983, including loss of professional reputation, emotional distress, loss of income and business expectancy, and harm to a state-issued childcare license, as well as declaratory and injunctive relief addressing ongoing and

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

Attachment A: Statement of Claim



## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Declare that Defendants' conduct violated Plaintiff's rights under the Fourteenth Amendment to the United States Constitution;

B. Issue prospective injunctive relief prohibiting the use of childcare licensing authority to initiate or influence non-licensing enforcement actions in violation of constitutional protections;

C. Award compensatory damages against Defendants Laviolette and McConnell in their individual capacities in an amount exceeding $75,000;

D. Award costs and reasonable attorney's fees pursuant to 42 U.S.C. § 1988;

E. Grant such other and further relief as the Court deems just and proper.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:             January  12      , 2026      .

Signature of Plaintiff         Tamara Bibb, Plaintiff pro se

Printed Name of Plaintiff     Tamara S Bibb

**Attachment A: Statement of Claim**

Plaintiff is a licensed home daycare provider in Monroe County, Michigan and holds a valid childcare license issued by the State of Michigan, constituting a protected property of interest under the Fourteenth Amendment.

On April 7, 2025, Defendants Lisa Laviolette and Darlese McConnell conducted an unannounced visit to Plaintiff's licensed home daycare, purportedly as a random inspection. Plaintiff was not present due to a previously scheduled, medically necessary pediatric pulmonology appointment for her six-month-old infant son in Toledo, Ohio. Plaintiff timely notified Defendants of the medical necessity of her absence and was advised; the inspection would be rescheduled. Despite this, Defendants remained parked outside Plaintiff's residence for approximately one hour without statutory authority or lawful purpose. During that time, Defendants intentionally contacted local law enforcement and animal control agencies regarding matters wholly unrelated to childcare licensing. Defendants knowingly or recklessly provided false, misleading, or materially incomplete information, thereby initiating or materially influencing criminal enforcement actions against Plaintiff. As a direct result, Plaintiff was subjected to felony animal cruelty and abandonment charges, suffered reputational harm and emotional distress, and faced immediate jeopardy to her childcare license and livelihood. Defendants' conduct was intentional, retaliatory, and constituted an abuse of regulatory authority under color of state law, depriving Plaintiff of procedural and substantive due process in violation of the Fourteenth Amendment.

## COUNT I

**Fourteenth Amendment – Procedural Due Process**
*(Against Defendants Laviolette and McConnell, Individual Capacities)*

1. Plaintiff incorporates by reference all the above paragraphs of this Complaint.
2. Plaintiff possessed a protected property of interest in her state-issued childcare license.
3. Defendants deprived Plaintiff of procedural due process by exposing her to criminal enforcement and placing her childcare license in immediate regulatory jeopardy without notice, a hearing, or any meaningful opportunity to be heard.
4. Defendants' actions subjected Plaintiff to enforcement consequences functionally equivalent to a deprivation of her protected property interest.
5. Defendants' conduct was intentional or reckless and was undertaken under the color of state law.

## COUNT II

**Fourteenth Amendment – Retaliation**
*(Against Defendants Laviolette and McConnell, Individual Capacities)*

1. Plaintiff incorporates by reference all the above paragraphs of this Complaint.
2. Plaintiff engaged in protected conduct by asserting her right to reschedule a licensing inspection for medically necessary reasons, communicating that intent to Defendants, and declining to submit to unauthorized inspection or enforcement activity.
3. Defendants took adverse action against Plaintiff by initiating or causing the initiation of non-licensing law enforcement involvement unrelated to childcare safety.
4. Defendants' actions were motivated, at least in part, by Plaintiff's exercise of her right not to submit to immediate inspection contrary to established procedures.
5. Defendants' retaliatory conduct would deter a person of ordinary firmness from exercising protected rights.

## COUNT III

**Fourteenth Amendment – Substantive Due Process**
*(Against Defendants Laviolette and McConnell, Individual Capacities)*

1. Plaintiff incorporates by reference all the above paragraphs of this Complaint.
2. Defendants intentionally misused their regulatory authority for a purpose wholly unrelated to childcare safety, namely, to punish Plaintiff for asserting her rights.
3. Defendants' conduct was arbitrary, abusive, and conscience-shocking, and violated Plaintiff's right to substantive due process under the Fourteenth Amendment.

## COUNT IV

**Declaratory and Injunctive Relief**
*(Against Defendant Director of MILEAP, Official Capacity)*

1. Plaintiff incorporates by reference all the above paragraphs of this Complaint.
2. Plaintiff faces a real and immediate threat of future retaliatory or unlawful licensing enforcement arising from Defendants' prior conduct.
3. Plaintiff lacks an adequate remedy at law to prevent ongoing or future violations of her constitutional rights.
4. Prospective declaratory and injunctive relief is necessary to prevent ongoing and future constitutional violations and to ensure that childcare licensing authority is exercised in a lawful manner.

JS 44 (Rev. 02/19)

# CIVIL COVER SHEET

County in which action arose: Monroe

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Tamara Shere Bibb

**DEFENDANTS**
Dana Nessel, Beverly Walker-Griffea, Darlese McConnell, Lisa Laviolette

**(b)** County of Residence of First Listed Plaintiff  Monroe
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Ingham
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ]1 | [ ]1 | Incorporated or Principal Place of Business In This State | [ ]4 | [ ]4 |
| Citizen of Another State | [ ]2 | [ ]2 | Incorporated and Principal Place of Business In Another State | [ ]5 | [ ]5 |
| Citizen or Subject of a Foreign Country | [ ]3 | [ ]3 | Foreign Nation | [ ]6 | [ ]6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / Product Liability |  |  | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & / [ ] 367 Health Care/ |  | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | Slander / Pharmaceutical Personal Injury | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 330 Federal Employers' / Product Liability |  | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | Liability / [ ] 368 Asbestos Personal Injury Product Liability / [ ] 340 Marine | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 345 Marine Product Liability / **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| [ ] 160 Stockholders' Suits | [ ] 350 Motor Vehicle / [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | [ ] 861 HIA (1395ff) [ ] 862 Black Lung (923) | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | [ ] 863 DIWC/DIWW (405(g)) [ ] 864 SSID Title XVI | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | [ ] 362 Personal Injury - Medical Malpractice / [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 865 RSI (405(g)) | [ ] 890 Other Statutory Actions [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | **FEDERAL TAX SUITS** | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights / **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee |  | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 896 Arbitration |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 510 Motions to Vacate Sentence |  |  | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations / [ ] 530 General |  |  | |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 535 Death Penalty | **IMMIGRATION** | | [ ] 950 Constitutionality of State Statutes |
| [X] 290 All Other Real Property | [ ] 445 Amer. w/Disabilities - Employment / **Other:** | [ ] 462 Naturalization Application | | |
|  | [ ] 446 Amer. w/Disabilities - Other / [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
|  | [ ] 448 Education / [ ] 550 Civil Rights | | | |
|  | / [ ] 555 Prison Condition | | | |
|  | / [ ] 560 Civil Detainee - Conditions of Confinement | | | |

440 (circled, handwritten)

## V. ORIGIN *(Place an "X" in One Box Only)*
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. § 1983
Brief description of cause:
Civil rights action for violations of the Fourteenth Amendment committed by state officials acting under color of law.

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE  Michael F. Gadola
DOCKET NUMBER  25-000200-MZ

DATE  01/12/2026
SIGNATURE OF ATTORNEY OF RECORD  *Bibb, plaintiff, pro se*

**FOR OFFICE USE ONLY**
RECEIPT #_____ AMOUNT_____ APPLYING IFP_____ JUDGE_____ MAG. JUDGE_____

## PURSUANT TO LOCAL RULE 83.11

1.          Is this a case that has been previously dismissed?          ☐ Yes
                                                                                   ☑ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


2.          Other than stated above, are there any pending or previously          ☑ Yes
            discontinued or dismissed companion cases in this or any other          ☐ No
            court, including state court? (Companion cases are matters in which
            it appears substantially similar evidence will be offered or the same
            or related parties are present and the cases arise out of the same
            transaction or occurrence.)

If yes, give the following information:

Court:  Michigan Court of Claims _____

Case No.:  25-000200-MZ _____

Judge:  Michael F. Gadola _____


Notes :



FROM:
Tamara Bibb
326 Conant Ave
Monroe, MI 48161

TO:
US District Court-Eastern District of MI
Clerk's office
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd
Detroit, MI 48226

RECEIVED
JAN 16 2026
CLERK'S OFFICE
U.S. DISTRICT COURT

PRIORITY MAIL

USPS TRACKING #
9505 5108 8158 8013 4822 15

US POSTAGE PAID
$11.90
Origin: 48161
01/13/26
2562800161-69

PRIORITY MAIL®
0 Lb 8.80 Oz
RDC 03
C052

EXPECTED DELIVERY DAY: 01/18/26

SHIP
TO:
231 W LAFAYETTE BLVD
DETROIT MI 48226-2700