UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMARA SHERE BIBB,

                Plaintiff,

v.

BEVERLY WALKER-GRIFFEA,
et al.,

                Defendants.

Case No. 26-10164
Honorable Shalina D. Kumar
Magistrate Judge Kimberly G. Altman

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 18)
AND DENYING AS MOOT DEFENDANTS' MOTION TO DISMISS (ECF
NO. 15)**

This matter is before the Court on the assigned magistrate judge's

Report and Recommendation ("R&R"). ECF No. 18. The R&R recommends

denying defendants' motion to dismiss as moot due to plaintiff Tamara

Shere Bibb filing an amended complaint. *Id.* Neither party has objected to

the R&R and the time to do so has expired. *See* Fed. R. Civ. P. 72(b)(2).

The failure to file a timely objection to an R&R constitutes a waiver of the

right for further judicial review. *See Thomas v. Arn*, 474 U.S. 140, 150

(1985) ("It does not appear that Congress intended to require district court

review of a magistrate's factual or legal conclusion, under a de novo or any

other standard, when neither party objects to those findings"); *Smith v. Detroit Fed'n of Teachers*, 829 F.2d 1370, 1373–74 (6th Cir. 1987) (failure to file objection to R&R "waived subsequent review of the matter"); *Lardie v. Birkett*, 221 F. Supp. 2d 806, 807 (E.D. Mich. 2002) ("As to the part of the report and recommendation to which no party has objected, the Court need not conduct a review by any standard."). However, there is some authority that a district court is required to review the R&R for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee Note Subdivision (b) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

Accordingly, the Court has reviewed the R&R for clear error and finds none. The Court, therefore, **ADOPTS** the R&R and **DENIES AS MOOT** defendants' motion to dismiss (ECF No. 15).

**IT IS SO ORDERED**.

s/ Shalina D. Kumar
SHALINA D. KUMAR
United States District Judge

Dated: May 18, 2026

Page **2** of **2**